1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

KEITH D. ALCORN,                                        1:08-cv-00622-OWW-GSA (PC)

        Plaintiff,                                    **ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS**

v.                                                                                  and

SIERRA CONSERVATION                        **ORDER DIRECTING PAYMENT
CENTER, et al.,                                         OF INMATE FILING FEE BY
CALIFORNIA DEPARTMENT OF**
        Defendants.                               **CORRECTIONS**

_____/

      Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave

to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is

obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff

is obligated to make monthly payments in the amount of twenty percent of the preceding month's

income credited to plaintiff's trust account.  The California Department of Corrections is required to

send to the Clerk of the Court payments from plaintiff's account each time the amount in the account

exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

      In accordance with the above and good cause appearing therefore, IT IS HEREBY

ORDERED that:

1    1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2    **2. The Director of the California Department of Corrections or his designee**

3    **shall collect payments from plaintiff's prison trust account in an amount equal to twenty per**

4    **cent (20%) of the preceding month's income credited to the prisoner's trust account and shall**

5    **forward those payments to the Clerk of the Court each time the amount in the account exceeds**

6    **$10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected**

7    **and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name**

8    **and number assigned to this action.**

9    3. The Clerk of the Court is directed to serve a copy of this order and a copy of

10   plaintiff's in forma pauperis application on the Director of the California Department of Corrections,

11   via the court's electronic case filing system (CM/ECF).

12   4. The Clerk of the Court is directed to serve a copy of this order on the Financial

13   Department, U.S.  District Court, Eastern District of California, Fresno Division.

14

15   IT IS SO ORDERED.

16   **Dated:   May 22, 2008**                         **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28