# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KEITH D. ALCORN,

                    Plaintiff,

    v.

SIERRA CONSERVATION
CENTER, et al.,

                    Defendants.

_____/

CASE NO. 1:08-cv-00622-OWW-GSA PC

ORDER STRIKING DUPLICATIVE MOTION

(Doc. 10)

Plaintiff Keith D. Alcorn ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 21, 2008, Plaintiff filed a motion seeking the appointment of counsel.  On June 2, 2008, Plaintiff filed a second motion seeking the appointment of counsel.

The second motion is HEREBY STRICKEN from the record on the ground that it is duplicative.

IT IS SO ORDERED.

    **Dated:**   __June 5, 2008__          __/s/ **Gary S. Austin**__
                                         UNITED STATES MAGISTRATE JUDGE

1