# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH D. ALCORN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SIERRA CONSERVATION<br>CENTER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00622-OWW-GSA PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(Docs. 1 and 14) |

　　　　Plaintiff Keith D. Alcorn ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 21, 2008. On October 2, 2008, the Magistrate Judge dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///
///
///
///
///

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:   November 25, 2008**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE